**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

KLAKSVIK FARMS, LLC[1] and
DANA KLAKSVIK,

Debtors.

Case No. 26-60501
(Jointly Administered)

Chapter 12

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 12 CASES

Upon the Motion for Joint Administration filed by the above-captioned Debtors (the "Motion") [Case No. 26-60500, Dkt. No. 19; Case No. 26-60501, Dkt. No. 12]; and the Court having reviewed the Motion and any responses thereto; and the Court having found that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (c) notice of the Motion was sufficient under the circumstances; and (d) good cause exists for the relief requested; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 12 cases of Klaksvik Farms, LLC and Dana Klaksvik shall be jointly administered for procedural purposes only pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 1015(b), and Local Rule 1015–1.

3. The Chapter 12 case of Klaksvik Farms, LLC (Case No. 26-60501) is hereby designated as the lead case for purposes of joint administration.

4. The Clerk of Court is directed to maintain one consolidated file and docket for the jointly administered cases under the lead case number, with appropriate cross-references to the other case. All future pleadings motions, notices, orders, and other documents shall be filed on the docket of the lead case and captioned to reflect the joint administration of all cases.

5. The caption of the jointly administered cases shall read as set forth above.

6. An entry will be made in the dockets of the jointly administered cases as follows:

[1] The jointly-administered debtor Klaksvik Farms, LLC (EIN # 83-3751803) filed a petition for bankruptcy relief on August 7, 2026 under Case No. 26-60501. Jointly-administered debtor Dana D. Klaksvik filed a petition for relief on the same date under Case No. 25-60500.

> "An order has been entered in this case pursuant to Federal Rule of Bankruptcy Procedure 1015(b) directing the joint administration of the chapter 12 cases of Klaksvik Farms, LLC (Case No. 26-60501) and Dana Klaksvik (Case No. 26-60500). The case of Klaksvik Farms, LLC has been designated the lead case; accordingly, the docket in the lead case should be consulted for all matters affecting any of the Debtors arising on and after the date of this entry."

7. Nothing in this Order shall be construed as effecting a substantive consolidation of the Debtors' estates. Each Debtor shall remain separate and distinct. Claims against each Debtor shall be maintained on separate claims registers. The rights of creditors to assert claims against any particular Debtor shall not be impaired or otherwise affected by the joint administration of the Cases.

8. Service of a single notice in the lead case shall be deemed sufficient notice to all creditors and parties in interest in each of the jointly administered cases, unless otherwise ordered by the Court.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

BY THE COURT:

Dated: *October 1, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge